UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAH THOMAS WILLOUGHBY,<br><br>Plaintiff,<br><br>v.<br><br>KYLE SHERWOOD, ET AL.,<br><br>Defendant. | CASE NO. 2:23-cv-00573-JHC<br><br>ORDER |

Plaintiff filed this action on April 14, 2023 (Dkt. # 1) and was granted leave to proceed *in forma pauperis* on April 18, 2023 (Dkt. # 4). On July 28, 2023, the Court issued an order to show cause as to why this action should not be dismissed for failure to comply with the 90-day service requirement in Federal Rule of Civil Procedure 4(m). Dkt. # 7. The order required a response within ten days. *Id.* Plaintiff did not file a response. *See generally* Dkt.

Accordingly, the Court DISMISSES this action without prejudice.

Dated this 14th day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1